IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 02-172-20 |
| NATHANIEL MONTGOMERY<br>USM# 56835-066 | : |

**ORDER**

AND NOW this 3rd day of February, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 235 months, effective November 1, 2015.

BY THE COURT:

The Honorable Stewart Dalzell
Senior United States District Court Judge

2/3/15:
cc M. Meehan, Esq
    D. McKeon, AUSA
2cc: R. Weinberger - Pro S.
     Marshal